FORM nhgnrlp

# UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Tallahassee Division

In Re:  Clarence William Kalfas
    SSN/ITIN: xxx–xx–2214
        Debtor

Bankruptcy Case No.:   09–40439–LMK

Chapter:  7
Judge:  Lewis M. Killian Jr.

### _NOTICE OF HEARING_

    PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on September 17, 2009 at 09:00 AM to consider and act upon the following:

    _19_ – Objection to Debtor's Claim of Exemptions filed by Sherry Chancellor. (Chancellor, DAH)

    Please Note: All hearings are non–evidentiary unless so noted. If evidence will be required, this hearing will be treated as a preliminary hearing.

Dated: July 6, 2009

William W. Blevins , Clerk of Court
110 East Park Avenue
Suite 100
Tallahassee, FL 32301

Service to:
    All parties in interest